**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| BORUSAN MANNESMANN BORU SANAYI VE TICARET A.S. AND GULF COAST EXPRESS PIPELINE LLC, ) ) ) ) | |
| Plaintiffs, ) ) | Court No. 21-00186 |
| v. ) ) | |
| UNITED STATES, ) ) | |
| Defendant. ) ) | |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

In advance of the January 26, 2022 oral argument schedule by this Court, Plaintiffs Borusan Mannesmann Boru Sanayi Ticaret A.S. and Gulf Coast Express Pipeline LLC (collectively, "Plaintiffs") respectfully provide this Notice of Supplemental Authority.  Defendant's *Reply Memorandum in Further Support of Its Motion to Dismiss*, ECF No. 33, crystalizes Defendant's contention that the application of Chapter 99, HTSUS, by U.S. Customs and Border Protection ("CBP") to an entry in the context of a Section 232 measure is a "classification" decision, thereby depriving this Court of subject matter jurisdiction.  Plaintiffs anticipate relying on the supplemental authorities described below at the January 26 oral argument.

For the convenience of this Court and Defendant, Plaintiffs are submitting this Notice of Supplemental Authority fifteen (15) days before argument.  Plaintiffs' counsel contacted counsel to Defendant, Mr. Guy Eddon, by telephone on January 10, 2022, to discuss in advance the filing of this Notice.  Mr. Eddon indicated that Defendant would review the Notice and assess whether to file a response prior to this Court's January 26 oral argument.

The attached supplemental authorities include:

1

1.    Certain recent CBP rulings addressing, in part, classification of imported steel products under the Section 232 measure;

2.    CBP's Informed Compliance Publication on Classification; and

3.    Proclamation 9705, establishing and rolling out the Section 232 measure through the Harmonized Tariff Schedule of the United States.

These documents are attached to this submission in full, and a table of relevant excerpts is provided below for the convenience of this Court and Defendant.

| Doc. No. | Reference | Excerpt |
|---|---|---|
| | | *Sampling of CBP Decisions* |
| 1. | H306406 (Jan. 28, 2020) | On March 8, 2018, Presidential proclamations 9704 and 9705 imposed additional tariffs and quotas on a number of steel and aluminum mill products. Exemptions have been made on a temporary basis for some countries. Quantitative limitations or quotas may apply for certain exempted countries and can also be found in Chapter 99. Additional duties for steel of 25 percent and for aluminum of 10 percent are reflected in Chapter 99, subheading 9903.80.01 for steel and subheading 9903.85.01 for aluminum. ***Products classified under heading 7304, HTSUS, may be subject to additional duties or quota***. At the time of importation, ***you must report the Chapter 99 subheading applicable to your product classification in addition to the Chapter 72, 73 or 76 subheading listed above***. |
| 2. | N320985 (Sep. 3, 2021) | On March 8, 2018, Presidential proclamations 9704 and 9705 imposed additional tariffs and quotas on a number of steel and aluminum mill products. Exemptions have been made on a temporary basis for some countries. Quantitative limitations or quotas may apply for certain exempted countries and can also be found in Chapter 99. Additional duties for steel of 25 percent and for aluminum of 10 percent are reflected in Chapter 99, subheading 9903.80.01 for steel and subheading 9903.85.01 for aluminum. ***Products classified under subheadings 7604.21.0010 (EN), HTSUS, may be subject to additional duties or quota***. At the time of importation, ***you must report the Chapter 99 subheading applicable to your product classification in addition to the Chapter 72, 73 or 76 subheadings listed above.*** |
| 3. | N320677 (Aug. 25, 2021) | On March 8, 2018, Presidential proclamations 9704 and 9705 imposed additional tariffs and quotas on a number of steel and aluminum mill products. Exemptions have been made on a temporary basis for some countries. Quantitative limitations or quotas may apply for certain exempted countries and can also be found in Chapter 99. Additional duties |

| Doc. No. | Reference | Excerpt |
|---|---|---|
| | | for steel of 25 percent and for aluminum of 10 percent are reflected in Chapter 99, subheading 9903.80.01 for steel and subheading 9903.85.01 for aluminum. ***Products classified under subheadings 7223.00.1061 (EN) and 7223.00.1076 (EN), Harmonized Tariff Schedule of the United States (HTSUS), may be subject to additional duties or quota***. At the time of importation***, you must report the Chapter 99 subheading applicable to your product classification in addition to the Chapter 72, 73 or 76 subheading listed above.*** |
| 4. | N320947 (Aug. 20, 2021) | On March 8, 2018, Presidential proclamations 9704 and 9705 imposed additional tariffs and quotas on a number of steel and aluminum mill products. Exemptions have been made on a temporary basis for some countries. Quantitative limitations or quotas may apply for certain exempted countries and can also be found in Chapter 99. Additional duties for steel of 25 percent and for aluminum of 10 percent are reflected in Chapter 99, subheading 9903.80.01 for steel and subheading 9903.85.01 for aluminum. ***Products classified under subheadings 7210.49.0091 (EN), 7225.50.8080 (EN) and 7225.92.0000 (EN), HTSUS, may be subject to additional duties or quota***. At the time of importation, ***you must report the Chapter 99 subheading applicable to your product classification in addition to the Chapter 72, 73 or 76 subheadings listed above***. |
| 5. | N320953 (Aug. 12, 2021) | On March 8, 2018, Presidential proclamations 9704 and 9705 imposed additional tariffs and quotas on a number of steel and aluminum mill products. Exemptions have been made on a temporary basis for some countries. Quantitative limitations or quotas may apply for certain exempted countries and can also be found in Chapter 99. Additional duties for steel of 25 percent and for aluminum of 10 percent are reflected in Chapter 99, subheading 9903.80.01 for steel and subheading 9903.85.01 for aluminum. ***Products classified under subheading 7208.38.0015 (EN), HTSUS, may be subject to additional duties or quota***. At the time of importation, ***you must report the Chapter 99 subheading applicable to your product classification in addition to the Chapter 72, 73 or 76 subheadings listed above***. |
| 6. | N320208 (July 9, 2021) | On March 8, 2018, Presidential proclamations 9704 and 9705 imposed additional tariffs and quotas on a number of steel and aluminum mill products. Exemptions have been made on a temporary basis for some countries. Quantitative limitations or quotas may apply for certain exempted countries and can also be found in Chapter 99. Additional duties for steel of 25 percent and for aluminum of 10 percent are reflected in Chapter 99, subheading 9903.80.01 for steel and subheading 9903.85.01 for aluminum. ***Products classified under subheadings 7604.29.1010 (EN) and 7604.29.1090 (EN), HTSUS, may be subject to additional duties or quota***. At the time of importation, ***you must report the Chapter 99*** |

| Doc. No. | Reference | Excerpt |
|---|---|---|
| | | *subheading applicable to your product classification in addition to the Chapter 72, 73 or 76 subheadings listed above*. |
| 7. | N320028 (June 25, 2021) | On March 8, 2018, Presidential proclamations 9704 and 9705 imposed additional tariffs and quotas on a number of steel and aluminum mill products. Exemptions have been made on a temporary basis for some countries. Quantitative limitations or quotas may apply for certain exempted countries and can also be found in Chapter 99. Additional duties for steel of 25 percent and for aluminum of 10 percent are reflected in Chapter 99, subheading 9903.80.01 for steel and subheading 9903.85.01 for aluminum. *Products classified under subheading 7606.11.3060 (EN), HTSUS, may be subject to additional duties or quota*. At the time of importation, *you must report the Chapter 99 subheading applicable to your product classification in addition to the Chapter 72, 73 or 76 subheading listed above*. |
| 8. | N320048 (June 25, 2021) | On March 8, 2018, Presidential proclamations 9704 and 9705 imposed additional tariffs and quotas on a number of steel and aluminum mill products. Exemptions have been made on a temporary basis for some countries. Quantitative limitations or quotas may apply for certain exempted countries and can also be found in Chapter 99. Additional duties for steel of 25 percent and for aluminum of 10 percent are reflected in Chapter 99, subheading 9903.80.01 for steel and subheading 9903.85.01 for aluminum. *Products classified under subheading 7208.38.0015 (EN), HTSUS, may be subject to additional duties or quota*. At the time of importation, *you must report the Chapter 99 subheading applicable to your product classification in addition to the Chapter 72, 73 or 76 subheadings listed above.* |
| *CBP Informed Compliance Publication on Classification (May 2004)* | | |
| 9. | p. 37 | Under Part 177 of title 19 of the Code of Federal Regulations (19 CFR Part 177), *interested persons may obtain a binding tariff classification ruling on prospective importations into the United States under chapters 1 through 97 of the HTSUS by submitting a written request* to {CBP's National Commodity Specialist Division}. |
| 9. | p. 10 | At the international level, the Harmonized System consists of approximately 5,000 article descriptions which appear as headings and subheadings. These descriptions are arranged into 97 chapters grouped into 21 sections. Chapter 77 is reserved for future use. Two final chapters, 98 and 99, are reserved for national use by individual countries in the coding of provisions other than according to the terms of the Harmonized System nomenclature (e.g., special tariff programs and temporary duty suspensions or increases). |

| Doc. No. | Reference | Excerpt |
|---|---|---|
| 9. | pp. 32-33 | As discussed above, chapters 98 and 99 were reserved in the Harmonized System, at the international level, for national use by individual countries in the coding of provisions other than according to the terms of the Harmonized System legal text (or nomenclature). Section XXII of the HTSUS consists of those two chapters. Chapter 98 contains special classification provisions permitting, in special circumstances, the duty free entry or partial duty free entry of goods that would otherwise be subject to duty. On the other hand, chapter 99 contains provisions that reflect legislation and executive and administrative actions pursuant to duly constituted authority under which (1) one or more of the provisions of chapters 1 through 98 are temporarily amended or modified or (2) additional duties or other import restrictions as imposed by, or pursuant to, collateral legislation |
| | | *Presidential Proclamation 9705, 83 Fed. Reg. 11,625 (Mar. 8, 2018)* |
| 10. | 83 Fed. Reg. at 11,627. | (1) For the purposes of this proclamation, ''steel articles'' are defined at the Harmonized Tariff Schedule (HTS) 6-digit level as: 7206.10 through 7216.50, 7216.99 through 7301.10, 7302.10, 7302.40 through 7302.90, and 7304.10 through 7306.90, ***including any subsequent revisions to these HTS classifications***. <br><br> (2) In order to establish increases in the duty rate on imports of steel articles, subchapter III of chapter 99 of the HTSUS is modified as provided in the Annex to this proclamation. Except as otherwise provided in this proclamation, or in notices published pursuant to clause 3 of this proclamation, all steel articles imports specified in the Annex shall be subject to an additional 25 percent ad valorem rate of duty with respect to goods entered, or withdrawn from warehouse for consumption, on or after 12:01 a.m. eastern daylight time on March 23, 2018. This rate of duty, which is in addition to any other duties, fees, exactions, and charges applicable to such imported steel articles, shall apply to imports of steel articles from all countries except Canada and Mexico. |

Please contact the undersigned if there are questions about this submission.

Respectfully submitted,

| | |
|---|---|
| /s/ Julie C. Mendoza | /s/ Jonathan T. Stoel |

| | |
|---|---|
| Julie C. Mendoza | Jonathan T. Stoel |
| Donald B. Cameron, Jr. | Jared R. Wessel |
| R. Will Planert | Nicholas Laneville |
| Brady W. Mills | |
| Mary S. Hodgins | |
| Edward J. Thomas III | **HOGAN LOVELLS US LLP** |
| Jordan L. Fleischer | Columbia Square |
| | 555 Thirteenth Street, NW |
| **MORRIS, MANNING & MARTIN LLP** | Washington, DC 20004 |
| 1401 Eye Street, NW, Suite 600 | (202) 637-5600 |
| Washington, D.C. 20005 | jonathan.stoel@hoganlovells.com |
| jmendoza @mmmlaw.com | |
| (202) 216-4817 | *Counsel to Gulf Coast Express Pipeline LLC* |

*Counsel to Borusan Mannesmann Boru Sanayi ve Ticaret A.S.*

Dated: January 10, 2022