UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **BORUSAN MANNESMANN BORU SANAYI VE TICARET A.S. AND GULF COAST EXPRESS PIPELINE, LLC,**<br><br>    Plaintiffs,<br><br>v.<br><br>**UNITED STATES,**<br><br>    Defendant. | **Before: Timothy M. Reif, Judge**<br><br>**Court No. 21-00186** |

## JUDGMENT

This action having been submitted for decision, and the Court, after due deliberation, having rendered an opinion; now in conformity with that opinion, it is hereby **ORDERED** that this action is dismissed.

/s/    Timothy M. Reif
Judge

Dated:    June 1, 2022
       New York, New York