UNITED STATES COURT OF INTERNATIONAL TRADE
NEW YORK, NEW YORK

**BEFORE: HONORABLE TIMOTHY M. REIF, JUDGE**

|  |  |
|---|---|
| **BORUSAN MANNESMANN BORU SANAYI VE TICARET A.S. AND GULF COAST EXPRESS PIPELINE LLC,** ) ) ) ) | |
| **Plaintiffs,** ) | |
| v. ) | **Ct. No. 21-00186** |
| **UNITED STATES** ) ) | |
| **Defendant.** ) ) | |

## NOTICE OF APPEAL

Notice is hereby given that Borusan Mannesmann Boru Sanayi ve Ticaret A.S. and Gulf Coast Express Pipeline, LLC, plaintiffs in the above-captioned case, appeal to the United States Court of Appeals for the Federal Circuit the decision and judgment of the U.S. Court of International Trade entered in this action on June 1, 2022. *See Borusan Mannesmann Boru Sanayi ve Ticaret A.S. and Gulf Coast Express Pipeline, LLC v. United States*, Ct. No. 21-00186, slip op. 22-00058 (Ct. Int'l Trade June 1, 2022), ECF No. 46; Judgment, Ct. No. 21-00186 (Ct. Int'l Trade June 1, 2022), ECF No. 47.

1

| | |
|---|---|
| /s/ Julie C. Mendoza | /s/ Jonathan T. Stoel |

Julie C. Mendoza  
Donald B. Cameron, Jr.  
R. Will Planert  
Brady W. Mills  
Mary S. Hodgins  
Edward J. Thomas III  
Jordan L. Fleischer  

**MORRIS, MANNING & MARTIN LLP**  
1401 Eye Street, NW, Suite 600  
Washington, D.C. 20005  
jmendoza @mmmlaw.com  
(202) 216-4817  

*Counsel to Borusan Mannesmann Boru Sanayi ve Ticaret A.S.*

Dated: July 29, 2022

Jonathan T. Stoel  
Jared R. Wessel  
Nicholas W. Laneville  

**HOGAN LOVELLS US LLP**  
Columbia Square  
555 Thirteenth Street, NW  
Washington, DC 20004  
(202) 637-6634  
jonathan.stoel@hoganlovells.com  

*Counsel to Gulf Coast Express Pipeline LLC*